IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK NAVA et al., | Case No.: 1:12-cv-00010 AWI JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO SUBSTITUTE LUIS PENA FOR DOE 1 AND GUSTAVO OLVERA FOR DOE 2 |
| v. | |
| CITY OF SHAFTER, et al., | (Doc. 8) |
| Defendants. | ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| | (Doc. 9) |

Before the Court are two stipulations. (Docs. 8, 9) In the first, the parties agree that Luis Pena should be substituted for Doe 1 and Gustavo Olvera for Doe 2. (Doc. 8) In the second stipulation, the parties agree that the scheduling conference, currently set on April 18, 2012, should be continued for 45 days to allow Mr. Pena and Mr. Olvera to be served and appear in the action. (Doc. 9)

Good cause appearing, the Court ORDERS:

1. The true identity of Doe 1 is Luis Pena and the complaint (Doc. 1) is amended to substitute Luis Pena for Doe 1;

2. The true identity of Doe 2 is Gustavo Olvera and the complaint (Doc. 1) is amended to substitute Gustavo Olvera for Doe 2;

3. The Clerk of the Court is DIRECTED to issue a summons to Luis Pena and Gustavo

1  Olvera;
2  4.  The scheduling conference, currently set on April 18, 2012, is **CONTINUED** to May
3  31, 2012 at 9:00 a.m.
4  IT IS SO ORDERED.
5  Dated:   **April 2, 2012**                                             /s/ **Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE