DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA  93301
(661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs
MARK A. NAVA, GLORIA D. NAVA,
and MONIQUE A. NAVA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, GLORIA D. NAVA, and MONIQUE A. NAVA ) | **CASE NO.:  1:12-CV-00010-AWI-JLT** |
| Plaintiffs, ) | |
| vs. ) | **PROTECTIVE ORDER** |
| CITY OF SHAFTER, and DOES 1 to 100, Inclusive, ) | **(Doc. 19)** |
| Defendants. ) | |

///

**IT IS HEREBY ORDERED** that a Protective Order will issue in accordance with the confidentiality stipulation agreed to by the parties (Doc19) and filed on December 10, 2012.

IT IS SO ORDERED.

   Dated:   __December 11, 2012__        _____/s/ Jennifer L. Thurston__
                                                                            UNITED STATES MAGISTRATE JUDGE