|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MARK A. NAVA., et al., | ) Case No.: 1:12-cv-00010 AWI JLT |
|---|---|
| Plaintiffs, | ) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES FAILURE TO COMPLY WITH THE ORDERS OF THE COURT FAILURE TO APPEAR AT THE MID-DISCOVERY STATUS CONFERENCE |
| v. | |
| CITY OF SHAFTER, et al., | |
| Defendants. | |

On May 31, 2012, the Court issued its scheduling order. (Doc. 18) In this order, the Court set a mid-discovery status conference to occur on December 18, 2012 at 9:00 a.m. and ordered the parties to file a joint status conference report one week before the hearing. Id. at 2-3. However, the parties failed to file the report and failed to appear at the hearing. Notably, the scheduling order warns the parties, "Failure to comply with this order may result in the imposition of sanctions." Id. at 7.

**ORDER**

1. **Within 14 days**, the parties and counsel **SHALL** show cause why sanctions should not be imposed based upon their failure to comply with the Court's orders and failure to appear at the mid-discovery status conference;

///

///

1

2. **Within 14 days**, counsel SHALL file a joint mid-discovery status conference statement setting forth the status of discovery. After reviewing the statement, the Court will determine whether a hearing is necessary.

IT IS SO ORDERED.

Dated: **December 18, 2012**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE