UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA., et al., | Case No.: 1:12-cv-00010 AWI JLT |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| CITY OF SHAFTER, et al., | (Doc. 21) |
| Defendants. | |

On December 19, 2012, the Court issued its order to the parties to show cause why sanctions should not be imposed for their failure to file a joint mid-discovery status conference statement and for failing to appear at the hearing. (Doc. 21) On December 21, 2012, counsel reported that their failure to comply with the Court's orders had been due to mere oversight. (Docs. 23, 24) In addition, counsel reported that discovery is proceeding smoothly. (Doc. 22)

Therefore, the Court **DISCHARGES** the order to show cause without imposing any sanctions and finds that it is not necessary to hold a conference related to the conduct of discovery.

IT IS SO ORDERED.

Dated:   **January 2, 2013**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE

1