# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, et al., | Case No.: 1:12-cv-00010 - AWI - JLT |
| Plaintiffs, | ORDER AMENDING CASE SCHEDULE |
| v. | |
| CITY OF SHAFTER, et al., | |
| Defendants. | |

In light of the need for the parties to complete the independent medical examination of Mark Nava, and to allow time for Plaintiffs to take complete the deposition(s) of the person(s) most knowledgeable[1], and in recognition of Defendants' on-the-record statement that they would not file a dispositive motion, and at the request of the parties, the Court amends the case schedule as follows:

    1.    Non-expert discovery SHALL be completed no later than November 1, 1013;

    2.    Expert discovery SHALL be completed no later than December 20, 2013;

    3.    Experts SHALL be disclosed no later than November 22, 2013 and rebuttal experts SHALL be disclosed no later than November 29, 2013;

    4.    Non-dispositive motions may be filed no later than December 27, 2013 and heard no

---

[1] At the hearing on the motion for the independent medical examination (Doc. 41), Defendants' counsel acknowledged that Defendants would, in essence, withdraw their objections to Plaintiffs' Fed. R. Civ. P. 30(b)(6) deposition notice, would produce witnesses thereto and would produce the requested POST Learning Domains.

1

later than January 24, 214.

     5.    The parties SHALL NOT file any dispositive motions;

**No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

   Dated:   **September 19, 2013**          **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE