# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, GLORIA D. NAVA, and MONIQUE A. NAVA<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SHAFTER, and DOES 1 to 100, Inclusive,<br><br>　　　　　　Defendants. | CASE NO.:  1:12-CV-00010-AWI-JLT<br><br>STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER |

## STIPULATION

Undersigned counsel for Plaintiffs, MARK A. NAVA, GLORIA D. NAVA, AND MONIQUE A. NAVA, and undersigned counsel for Defendants, CITY OF SHAFTER and DOES 1 to 100, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

## RECITALS

Whereas:

1. The currently scheduled deadline to end Non-Expert disclosure is November 1, 2013, the Parties hereby stipulate to extend that cut off to November 7, 2013.

2. Undersigned counsel stipulate and agree that the Court should enter an Order amending the scheduling order in this case for the only purpose of extending the non-expert discovery cut off

1

to November 7, 2013.  No other changes are requested or stipulated to.

3. The parties so stipulate because:

    (a) The final deposition of a Person Most Qualified with a production of documents was scheduled on today's date, October 22, 2013;

    (b) Documents, including the learning domains, were provided were provided on a CD, and were not reviewable by counsel at the time of the deposition;

    (c) The deponent also had an outstanding question pending to POST regarding the timeliness of the documents provided;

    (d) To have the opportunity to review the documents and have the outstanding question answered, the parties agreed to adjourn the deposition to another date;

    (e) Due to Counsel and deponent's schedules, the first day available is November 6, 2013;

    (f) Therefore, the parties would request that the Court extend the Non-expert discovery deadline to November 7, 2013 for the sole purpose of finishing the deposition of the Person Most Qualified.

Dated: October 23,  2013

RODRIGUEZ & ASSOCIATES

By: /s/ Martha Rossiter

DANIEL RODRIGUEZ, ESQ.
JOEL T. ANDREESON, ESQ.
MARTHA ROSSITER, ESQ.
Attorneys for Plaintiffs
MARK A. NAVA, GLORIA D. NAVA, AND MONIQUE A. NAVA

Dated: October 23,   2013

WALL, WALL & PEAKE

By: /s/ Michael Allford

MICHAEL ALLFORD, ESQ.
Attorney for Defendant
CITY OF SHAFTER

**ORDER**

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**: The parties **SHALL** complete all discovery pertaining to non-experts on or before **November 7, 2013.** All other deadlines in the Court's scheduling order shall remain the same.

IT IS SO ORDERED.

Dated:   **October 24, 2013**                    **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE