# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, GLORIA D. NAVA, and MONIQUE A. NAVA,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SHAFTER, and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | CASE:   1:12 -CV-0010 AWI JLT<br><br>**ORDER VACATING FEBRUARY 5, 2014 PRETRIAL CONFERENCE** |

This action is currently set for a pretrial conference on February 5, 2014 at 8:30 a.m.  Trial is set to begin on April 8, 2014.

The parties are informed that the Court is currently engaged in an ongoing criminal trial. The law requires that the Court give any criminal case priority over civil trials and other matters. As such, the Court is unable to conduct the pretrial conference in this action on February 5, 2014 and must vacate the pretrial conference at this time.  The Court will re-set the pretrial conference and inform the parties regarding the Court's next available pretrial conference date.

Accordingly, the pretrial conference set for February 5, 2014 is VACATED.

IT IS SO ORDERED.

Dated:   February 3, 2014                          _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE