UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, GLORIA D. NAVA, and MONIQUE A. NAVA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER, and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE:   1:12 -CV-0010 AWI JLT<br><br>ORDER REQUIRING DEFENDANTS TO NOTIFY THE COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN FIVE DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORMS TO the PARTIES |

Plaintiffs' contend in this action that Defendants violated their Civil Rights in violation of the United States Constitution and the California Constitution.  Plaintiffs further allege Defendants engaged in assault & battery, false imprisonment, intentional infliction of emotional distress, negligence, negligent infliction of bystander emotion distress, and loss of consortium under California law.   This action is set for jury trial on April 8, 2014.

At this time, criminal cases and previously scheduled older civil cases are also set for trial on April 8, 2014.  Out of fairness, the Court believes it is necessary to forewarn the litigants that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation.   While the Court will use its best efforts to resolve this case and all

other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired.  As multiple trials are now being set to begin upon the same date, parties may find their case trailing with little notice before the trial begins.  The law requires the Court give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil trial is older or was set earlier.    If multiple trials are scheduled to begin on the same day, this civil trial will trail day to day or week to week until completion of any criminal case or older civil case.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.    The Court will direct the Clerk of the Court to provide the parties with the Court's standard form to consent to or decline Magistrate Judge jurisdiction.  Within five days, the parties shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court.

The parties are advised that the same jury pool is used by both United States Magistrate Judges and United States Article III District Court Judges.  Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Finally, for the parties' information, the Fresno Division, whenever possible, is utilizing United States Article III District Court Judges from throughout the country as Visiting Judges.  Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

The parties are hereby informed that no substantive rulings or decisions will be affected by whether a party chooses to consent.

//

//

Accordingly, the court orders that:

1. The Clerk of the Court is DIRECTED to provide the parties with the Court's standard forms allowing them to consent or decline Magistrate Judge Jurisdiction; and

2. Within five days from this order's date of service, the parties shall notify the Court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms and returning them to the Court.

IT IS SO ORDERED.

Dated:   February 3, 2014

SENIOR DISTRICT JUDGE