UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SHAFTER, et al., <br><br> Defendants. | Case No.: 1:12-cv-00010 JLT <br><br> ORDER TO DEFENDANTS AND THEIR COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO APPEAR AT THE PRETRIAL CONFERENCE |

On February 6, 2014, the Court re-set the pretrial conference to February 12, 2014 after it had been vacated previously. (Doc. 55) Nevertheless, at the time set for the conference, Defendants and their counsel failed to appear. (Doc. 56)

Therefore, **no later than five court days** from the date of this order, Defendants and their counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to appear at the pretrial conference.

IT IS SO ORDERED.

Dated:   **February 13, 2014**              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1