# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK A. NAVA, et al., | Case No.: 1:12-cv-00010 JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 58) |
| CITY OF SHAFTER, et al., |  |
| Defendants. |  |

On February 14, 2014, Plaintiffs filed a notice that the matter has settled (Doc. 58) Therefore, the Court ORDERS:

1. No later than March 14, 2014, Plaintiff SHALL file a request for dismissal of the action with prejudice;

2. All pending dates, motions, conferences and hearings, including the trial, are VACATED.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated: **February 18, 2014**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1