# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. NAVA, et al., | Case No.: 1:12-cv-00010 JLT |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | (Docs. 61, 62) |
| CITY OF SHAFTER, et al., | |
| Defendants. | |

On March 13, 2014, Plaintiffs filed a request for dismissal of the matter with prejudice. (Docs. 61, 62) Therefore, good cause appearing the Court ORDERS:

1. The matter is **DISMISSED WITH PREJUDICE**;
2. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: **March 14, 2014**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE